Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jo Ann Clemons**
　Debtor(s)

Bankruptcy Case No.: 19–23428–JAD
Issued Per Oct. 28, 2019 Proceeding
Chapter: 13
Docket No.: 26 – 16
Concil. Conf.: March 12, 2020 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

　　　　IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 21, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐　A.　For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐　B.　The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑　C.　Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Mar. 12, 2020 at 10:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐　D.　Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐　E.　The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐　F.　shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐　G.　The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐　H.　Additional Terms:

*(2.)* **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 4, 2019

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                            Case No. 19-23428-JAD
Jo Ann Clemons                                                    Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel               Page 1 of 2          Date Rcvd: Nov 04, 2019
                              Form ID: 149             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db              +Jo Ann Clemons,    309 Dogwood Dr,    Delmont, PA 15626-2304
15114540        +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15122225        +Citizens Bank N.A.,    One Citizens Bank Way Mail Stop JCA115,    Johnston, RI 02919-1922
15114543        +Ditech,   PO Box 660934,    Dallas, TX 75266-0934
15114545        +Hsbc Auto,   Po Box 961245,    Fort Worth, TX 76161-0244
15114547        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
15114548        +Marinr Finc,   8211 Town Center Dr,    Nottingham, MD 21236-5904
15114549        +Phelan, Halinan, Diamond & Jones,     1617 JFK Bouevard,   Philadelphia, PA 19103-1821
15114550        +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
15142779         UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15151577         Wells Fargo Bank, NA as Trustee c/o,    Ditech Financial LLC F/K/A Green Tree Se,    PO Box 12740,
                  Tempe AZ 85284-0046
15114555        +Wf/floorin,   Po Box 14517,    Des Moines, IA 50306-3517
15125503        +Wilmington Savings Fund Society, FSB,     c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
15114556        +Wilmington Savings Fund Society, FSB,,    BCAT 2014-4TT,    C/O Shellpoint Mortgage Servicing,
                  P.O Box 10826,    Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 05 2019 03:23:11
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15114541        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 05 2019 03:23:07
                  Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15126782        +E-mail/Text: bnc-bluestem@quantum3group.com Nov 05 2019 03:11:16     Fingerhut,    PO Box 166,
                  Newark, NJ 07101-0166
15126783        +E-mail/Text: bnc-bluestem@quantum3group.com Nov 05 2019 03:11:16
                  Fingerhut Direct Marketing Inc.,    CIT Bank,    6250 Ridgewood Road,
                  Saint Cloud, MN 56303-0820
15114544        +E-mail/Text: bankruptcy.bnc@ditech.com Nov 05 2019 03:10:28     Green Tree,    PO Box 6172,
                  Rapid City, SD 57709-6172
15114546         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2019 03:11:08     Jefferson Capital Syst,
                  16 Mcleland Rd,    Saint Cloud, MN 56303
15137073         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 05 2019 03:11:08     Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
15114551        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 03:23:02    Syncb/amazon,    Po Box 965015,
                  Orlando, FL 32896-5015
15114552        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 03:22:20    Syncb/jcp,    Po Box 965007,
                  Orlando, FL 32896-5007
15114553        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 03:23:04    Syncb/lowes,    Po Box 956005,
                  Orlando, FL 32896-0001
15115298        +E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2019 03:22:20    Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15114542         E-mail/Text: creditreconciliation@peoples.com Nov 05 2019 03:10:56     Citizens Bank,
                  1000 Lafayette Blvd,    Bridgeport, CT 06604
15114554        +E-mail/Text: bnc-bluestem@quantum3group.com Nov 05 2019 03:11:16     Webbank/fingerhut,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Wells Fargo Bank, National Association, not in its
cr               Wilmington Savings Fund Society, FSB, et al
15126778*       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
15126779*       +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15126781*       +Ditech,   PO Box 660934,    Dallas, TX 75266-0934
15126784*       +Green Tree,    PO Box 6172,    Rapid City, SD 57709-6172
15126785*       +Hsbc Auto,   Po Box 961245,    Fort Worth, TX 76161-0244
15126786*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Syst,     16 Mcleland Rd,    Saint Cloud, MN 56303)
15126787*       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
15147298*       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
15126788*       +Marinr Finc,   8211 Town Center Dr,    Nottingham, MD 21236-5904
15126789*       +Phelan, Halinan, Diamond & Jones,     1617 JFK Bouevard,   Philadelphia, PA 19103-1821
15126790*       +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
15126791*       +Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
15126792*       +Syncb/jcp,   Po Box 965007,    Orlando, FL 32896-5007
15126793*       +Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
15126780*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Citizens Bank,     1000 Lafayette Blvd,    Bridgeport, CT 06604)
15126794*       +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
15126795*       +Wf/floorin,   Po Box 14517,    Des Moines, IA 50306-3517
15126796*       +Wilmington Savings Fund Society, FSB,,    BCAT 2014-4TT,    C/O Shellpoint Mortgage Servicing,
                  P.O Box 10826,    Greenville, SC 29603-0826
                                                                                   TOTALS: 2, * 18, ## 0
```

```
District/off: 0315-2          User: jhel                Page 2 of 2              Date Rcvd: Nov 04, 2019
                              Form ID: 149              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2005-HE1 bkgroup@kmllawgroup.com

        Lawrence W. Willis    on behalf of Debtor Jo Ann Clemons ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        Sarah Kathleen McCaffery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al smccaffery@squirelaw.com

        TOTAL: 5