**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:  CASE NO.: 19-23428-JAD
CHAPTER 13
Jo Ann Clemons,

Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAWRENCE W WILLIS
WILLIS & ASSOCIATES
201 PENN CENTER BLVD SUITE 310
PITTSBURGH, PA 15235

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

JO ANN CLEMONS
309 DOGWOOD DR
DELMONT, PA 15626

ROBERTSON, ANSCHUTZ, SCHNEID &
CRANE LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Giselle Velez
     Giselle Velez, Esquire
     Email: gvelez@rasflaw.com