IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Jo Ann Clemons | : | Bankruptcy No.  19-23428-JAD |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No.      2 |
| Movant | Wilmington Savings Fund Society, FSB | : | |
| | | : | |
| v. | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| No Respondent | | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:    Wilmington Savings Fund Society, FSB
   Incorrect Address:  Selene Finance, LP
                            9990 Richmond Ave.
                            Suite 400 South
                            Houston  TX  77042

Corrected Address:
   Creditor Name:    Wilmington Savings Fund Society, FSB
   Correct Address:   Selene Finance LP
                            Attn: BK Dept
                            3501 Olympus Blvd, Suite 500
                            Dallas, TX 75019

Dated June 6, 2022

                                                              /s/ Charles G. Wohlrab
                                               Electronic Signature of Debtor(s)' Attorney

                                                                  Charles G. Wohlrab, Esq.
                                                                         Typed Name

                              10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
                                                                                                   Address

                                                                                      (470) 321-7112 Ext. 257
                                                                                                   Phone No.

                                                                                                       314532
                                                                            Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __June 6, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JO ANN CLEMONS
309 DOGWOOD DR
DELMONT, PA 15626

And via electronic mail to:

LAWRENCE W. WILLIS
WILLIS & ASSOCIATES
201 PENN CENTER BLVD
SUITE 310
PITTSBURGH, PA 15235

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

UNITED STATES TRUSTEE
LIBERTY CENTER, SUITE 970
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222

By: /s/ Angela Gill