# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 8/4/2022 |
| Case: 19–23428–JAD | Form ID: 309a | Total: 62 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    Wilmington Savings Fund Society, FSB, et al
cr    Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2005–HE1
cr    NewRez LLC d/b/a Shellpoint Mortgage Servicing
cr    Wilmington Savings Fund Society, FSB
                                                                                                TOTAL: 4

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour            cmecf@chapter13trusteewdpa.com
aty    Brian Nicholas                bnicholas@kmllawgroup.com
aty    Chandra Marie Arkema          tuhawkeye@msn.com
aty    Charles Griffin Wohlrab       cwohlrab@raslg.com
aty    Lawrence W. Willis            ecf@westernpabankruptcy.com
aty    S. James Wallace              ecfpeoples@grblaw.com
                                                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Jo Ann Clemons    309 Dogwood Dr    Delmont, PA 15626
cr         PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
cr         Peoples Natural Gas Company LLC    c/o S. James Wallace, P.C.    845 N. Lincoln Ave.    Pittsburgh, PA 15233
cr         Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust    Robertson, Anschutz, Schneid, Crane & Pa    10700 Abbotts Bridge Road    Duluth, GA 30097
15114540   Bankamerica    4909 Savarese Circle    Tampa, FL 33634
15126778   Bankamerica    4909 Savarese Circle    Tampa, FL 33634
15114541   Capital One Bank Usa N    Po Box 30281    Salt Lake City, UT 84130
15126779   Capital One Bank Usa N    Po Box 30281    Salt Lake City, UT 84130
15114542   Citizens Bank    1000 Lafayette Blvd    Bridgeport, CT 06604
15126780   Citizens Bank    1000 Lafayette Blvd    Bridgeport, CT 06604
15122225   Citizens Bank N.A.    One Citizens Bank Way Mail Stop JCA115    Johnston, RI 02919
15114543   Ditech    PO Box 660934    Dallas, TX 75266
15126781   Ditech    PO Box 660934    Dallas, TX 75266
15126782   Fingerhut    PO Box 166    Newark, NJ 07101
15126783   Fingerhut Direct Marketing Inc.    CIT Bank    6250 Ridgewood Road    Saint Cloud, MN 56303
15114544   Green Tree    PO Box 6172    Rapid City, SD 57709
15126784   Green Tree    PO Box 6172    Rapid City, SD 57709
15114545   Hsbc Auto    Po Box 961245    Fort Worth, TX 76161
15126785   Hsbc Auto    Po Box 961245    Fort Worth, TX 76161
15114546   Jefferson Capital Syst    16 Mcleland Rd    Saint Cloud, MN 56303
15126786   Jefferson Capital Syst    16 Mcleland Rd    Saint Cloud, MN 56303
15137073   Jefferson Capital Systems LLC    Po Box 7999    Saint Cloud Mn 56302–9617
15114547   Mariner Finance    8211 Town Center Dr    Nottingham, MD 21236
15126787   Mariner Finance    8211 Town Center Dr    Nottingham, MD 21236
15147298   Mariner Finance, LLC    8211 Town Center Drive    Nottingham, MD 21236
15114548   Marinr Finc    8211 Town Center Dr    Nottingham, MD 21236
15126788   Marinr Finc    8211 Town Center Dr    Nottingham, MD 21236
15229875   NewRez LLC d/b/a Shellpoint Mortgage Servicing    P.O. Box 10826    Greenville, SC 29603–0826
15114549   Phelan, Halinan, Diamond & Jones    1617 JFK Bouevard    Philadelphia, PA 19103
15126789   Phelan, Halinan, Diamond & Jones    1617 JFK Bouevard    Philadelphia, PA 19103
15153254   Portfolio Recovery Associates, LLC    POB 12914    Norfolk VA 23541
15114550   Santander Consumer Usa    Po Box 961211    Fort Worth, TX 76161
15126790   Santander Consumer Usa    Po Box 961211    Fort Worth, TX 76161
15114551   Syncb/amazon    Po Box 965015    Orlando, FL 32896
15126791   Syncb/amazon    Po Box 965015    Orlando, FL 32896
15114552   Syncb/jcp    Po Box 965007    Orlando, FL 32896
15126792   Syncb/jcp    Po Box 965007    Orlando, FL 32896
15114553   Syncb/lowes    Po Box 956005    Orlando, FL 32896
15126793   Syncb/lowes    Po Box 956005    Orlando, FL 32896
15151841   Synchrony Bank    c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk VA 23541
15115298   Synchrony Bank    c/o of PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
15142779   UPMC Physician Services    PO Box 1123    Minneapolis, MN 55440–1123
15257754   WILMINGTON SAVINGS FUND SOCIETY, FSB    Selene Finance LP    Attn: BK Dept    3501 Olympus Blvd, Suite 500    Dallas, TX 75019
15114554   Webbank/fingerhut    6250 Ridgewood Road    Saint Cloud, MN 56303

| | | | | |
|---|---|---|---|---|
| 15126794 | Webbank/fingerhut | 6250 Ridgewood Road | Saint Cloud, MN 56303 | |
| 15151577 | Wells Fargo Bank, NA as Trustee c/o | Ditech Financial LLC F/K/A Green Tree Se | PO Box 12740 | Tempe AZ 85284–0046 |
| 15114555 | Wf/floorin | Po Box 14517 | Des Moines, IA 50306 | |
| 15126795 | Wf/floorin | Po Box 14517 | Des Moines, IA 50306 | |
| 15125503 | Wilmington Savings Fund Society, FSB | c/o Rushmore Loan Management Services | P.O. Box 55004 | Irvine, CA 92619 |
| 15114556 | Wilmington Savings Fund Society, FSB, | BCAT 2014–4TT | C/O Shellpoint Mortgage Servicing | P.O Box 10826    Greenville, SC 29603 |
| 15126796 | Wilmington Savings Fund Society, FSB, | BCAT 2014–4TT | C/O Shellpoint Mortgage Servicing | P.O Box 10826    Greenville, SC 29603 |

TOTAL: 51