**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JO ANN CLEMONS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-23428 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/29/2019 and confirmed on 11/04/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 47,182.00 |
| Less Refunds to Debtor | | 2,076.09 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 45,105.91 |
| | | | | |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 2,761.89 | | |
|   Trustee Fee | | 2,209.35 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 4,971.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F<br>  Acct: 0346 | 0.00 | 32,223.24 | 0.00 | 32,223.24 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>  Acct: 5898 | 15,984.51 | 1,854.96 | 6,056.47 | 7,911.43 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>  Acct: 0346 | 58,520.54 | 0.00 | 0.00 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT MORTG<br>  Acct: 5898 | 5,984.93 | 0.00 | 0.00 | 0.00 |
| | | | | 40,134.67 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JO ANN CLEMONS<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JO ANN CLEMONS<br>  Acct: | 2,076.09 | 2,076.09 | 0.00 | 0.00 |
| WILLIS & ASSOCIATES<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 2,761.89 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 1,400.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0346 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1175 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1532 | | | | |
| CITIZENS BANK NA** | 2,386.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9860 | | | | |
| GREEN TREE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC AUTO FINANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6333 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3003 | | | | |
| MARINER FINANCE LLC | 870.61 | 0.00 | 0.00 | 0.00 |
| Acct: 4646 | | | | |
| MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1821 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1000 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,245.23 | 0.00 | 0.00 | 0.00 |
| Acct: 6537 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8721 | | | | |
| SYNCHRONY BANK | 1,183.73 | 0.00 | 0.00 | 0.00 |
| Acct: 9268 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 579.18 | 0.00 | 0.00 | 0.00 |
| Acct: 0919 | | | | |
| WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8857 | | | | |
| SHELLPOINT MORTGAGE SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC PHYSICIAN SERVICES | 261.96 | 0.00 | 0.00 | 0.00 |
| Acct: 1869 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9268 | | | | |
| RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                   40,134.67

TOTAL CLAIMED
PRIORITY           1,400.00
SECURED           80,489.98
UNSECURED          6.527.59

Date: 11/01/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com